**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Velma A. Green,<br><br>         *Debtor*. | Case No. 24-11420-pmm<br>Chapter 13 |

**Motion to Determine Value of Property**

Debtor Velma A. Green, through her attorney, moves this Court as follows:

1. This case was filed under chapter 13 on April 29, 2024.

2. On May 25, 2022, the Debtor entered into an installment contract for a loan ("the Loan") secured by the title of the Debtor's 2009 Chevrolet Traverse, VIN 1GNEV23D49S109541 ("the Car"), which is assigned to OneMain Financial Group LLC ("the Creditor").

3. The Creditor filed Claim No. 15 in the total amount of $20,461.03, of which it purports $10,100.00 is secured by the Car. Exhibit A.

4. Because the Loan is not secured by a purchase money security interest, the secured component of Claim No. 15 must be crammed down to the Car's current value. 11 U.S.C. § 506(A)(2).

5. The current value of the Car is $3,926.00. Exhibit B.

6. The Court must determine that the value of the Car is $3,926.00 and that the secured component of Claim No. 15 must be paid accordingly.

7. The 20-year treasury bond rate is 4.69% as of November 14, 2024. Exhibit C.

8. The Court must also order that the secured component of Claim No. 15 must be paid at an interest rate of 6.69% (the 20-year treasury bond rate, plus 2% risk adjustment) consistent with *Farm Credit Servs. of Am. v. Topp*, 75 F.4th 959 (8th Cir. 2023).

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

2

Date: November 15, 2024　　　　　　　　SADEK LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　　　　brad@sadeklaw.com

2