**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Velma A. Green,<br><br>                                         *Debtor*. | Case No. 24-11420-pmm<br>Chapter 13 |

**Exhibit B**

# 2009 Chevrolet Traverse Pricing Report

**Style**: LT Sport Utility 4D

**Mileage**: 155,470

**KBB.com Consumer Rating**: 4.1/5

## Sell to Private Party



Private Party Range
**$3,357 - $4,494**

Private Party Value
**$3,926**

Valid for **ZIP code 19103** through **11/14/2024**