**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Velma A. Green,<br><br>　　　　　　　*Debtor*. | Case No. 24-11420-pmm<br>Chapter 13 |

**Exhibit C**

# U.S. 20 Year Treasury Bond

ADD TO WATCHLIST

**4.686%**

-0.051

Last Updated: Nov 14, 2024 2:06 p.m. EST

Advanced Charting 1D

PREVIOUS CLOSE

4.737%

| | | |
|---|---|---|
| 4.661 | DAY RANGE | 4.766 |
| 3.975 | 52 WEEK RANGE | 4.972 |

## Partner Center

## Your Watchlists

**Customize MarketWatch**
Have Watchlists? Log in to see them here or sign up to get started.

CREATE ACCOUNT

... or Log In

## Recently Viewed Tickers

**No Recent Tickers**
Visit a quote page and your recently viewed tickers will be displayed here.

SEARCH TICKERS

OVERVIEW CHARTS HISTORICAL QUOTES PREMIUM TOOLS

KEY DATA

RECENT NEWS

MARKETWATCH

BONDS **Active Bond Funds Are Beating the Market. Here's Why.**
Sep. 11, 2024 at 2:30 a.m. ET by Barron's

**Treasury's $16 billion auction of 20-year bonds comes in as-expected**
May. 22, 2024 at 1:05 p.m. ET by Vivien Lou Chen

