**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Velma A. Green,<br><br>                                  *Debtor*. | Case No. 24-11420-pmm<br>Chapter 13 |

**Order Granting Motion to Determine Value of Property**

And now, after consideration of the Motion to Determine Value of Property filed by the Debtor, the court finds that:

A. Notice of the Motion and opportunity for hearing was properly served on OneMain Financial Group LLC by the Debtor.

B. The replacement value of the 2006 Chevrolet Traverse, VIN 1GNEV23D49S109541 ("the Car"), without deducting costs of sale or marketing, was $3,926.00 on April 29, 2024, and a retail merchant would charge that amount for the Car on this date based on its age and condition.

For those reasons, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Claim No. 15 is modified as follows:

   Secured ................................................................................................................$3,926.00

   Priority Unsecured ......................................................................................................$0.00

   Non-Priority Unsecured .........................................................................................$16,535.03

   Total Claim Amount ..............................................................................................$20,461.03

3. The secured component of Claim No. 15 must be paid at an interest rate of 6.69%.


Date: _____    _____
                                                                                        Patricia M. Mayer
                                                                                       U.S. Bankruptcy Judge