# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE**: | : | Chapter 13 |
| Velma A Green | : | |
| | : | Case No. 24-11420-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's *Motion to Determine Valuation of Property* and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Chapter 13 Trustee

**Chief Executive Officer**
**OneMain Financial**
PO Box 3251
Evansville, IN 47731-3251


Dated: November 15, 2024    /s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008