IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Velma A Green | : | Chapter 13 |
| | : | |
| | : | Case No. 24-11420-djb |
| Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtors chapter 13 case is DISMISSED.

Date: **January 27, 2026**

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE